United States District Court
Southern District of Texas
**ENTERED**
July 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-1460 |
| | § | |
| DAVIS HOLDING, LP | § | |

**ORDER OF DISMISSAL**

In accordance with the Notice of Voluntary Dismissal filed on June 24, 2025 (Doc. No. 14), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED on this 8th day of July 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE